UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

LAMONT JOHNSON, )
        Plaintiff )
)
) Case No. 03-4088
)
ILLINOIS BELL TELEPHONE CO., )
        Defendant )

**ORDER**

Now before the court is the parties' Joint Stipulation for Approval of Settlement and Dismissal with Prejudice. Also submitted for in camera review is the Settlement Agreement itself.

This settlement was reached at the conclusion of a court-conducted settlement conference, and the terms in the Settlement Agreement are the terms that were reached at the conference.

Accordingly, the court approves the terms of the settlement and this matter is Dismissed With Prejudice.

ENTER this 11th day of October, 2005.

                    s/ John A. Gorman

                    JOHN A. GORMAN
           UNITED STATES MAGISTRATE JUDGE